RICH MICHAELSON MAGALIFF LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
646.453.7851
Jeffrey N. Rich
Howard P. Magaliff

*Proposed Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                      :
                                                            :    Chapter 11
SCION THREE MUSIC LLC                                       :    Case No. 22-71407
                                                            :
                        Debtor.                             :
------------------------------------------------------------ x

## **DISCLOSURE OF COMPENSATION OF ATTORNEYS FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am a partner of Rich Michaelson Magaliff, LLP ("R3M"), attorneys for the above-named debtor. Compensation paid to R3M within one year before the filing of the petition in bankruptcy, or agreed to be paid to R3M for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

   a. For legal services, R3M has agreed to accept compensation at its customary hourly rates upon application and an order of the Bankruptcy Court.

   b. Prior to the filing of this statement, R3M received a total of $11,738, of which $10,000 was a retainer for the chapter 11 case and $1,738 was for the filing fee.

   c. As of the filing date, there was no balance due to R3M.

2. The source of the compensation paid to R3M was the debtor.

3. The source of compensation to be paid to R3M is the debtor.

4. R3M has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of the law firm.

5. In return for the above-disclosed fee, R3M has agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters; and

    e. All other necessary and required services.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to R3M for representation of the debtor in this bankruptcy case.

Dated: June 14, 2022

          /s/ Howard P. Magaliff
          Signature of Attorney

          Rich Michaelson Magaliff, LLP
          335 Madison Avenue, 9th Floor
          New York, NY 10017
          646.453.7851